**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6676**

In the Matter of                                              Case Number:

Ashina Hicks,
    Plaintiff,
v.
P.O. James Tyszko #70 and P.O. Mikos #61, individually,
    Defendants.

**JUDGE DARRAH**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ashina Hicks

| | |
|---|---|
| **NAME** (Type or print) <br> Gregory E. Kulis | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ /s/ Gregory E. Kulis | |
| **FIRM** <br> GREGORY E. KULIS & ASSOCIATES, LTD. | |
| **STREET ADDRESS** <br> 30 N. LaSalle Street, Suite 2140 | |
| **CITY/STATE/ZIP** <br> Chicago, IL  60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180966 | **TELEPHONE NUMBER** <br> 312-580-1830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |