U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 07 C 6676
ASHINA HICKS
v.
P.O. JAMES TYSZKO #70 and P.O. MIKOS #61

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS, JAMES TYSZKO and KEVIN MIKOS

| | |
|---|---|
| NAME (Type or print) <br> Gregory E. Rogus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gregory E. Rogus | |
| FIRM <br> Segal McCambridge Singer & Mahoney, Ltd. | |
| STREET ADDRESS <br> Sears Tower, Suite 5500, 233 S. Wacker Dr. | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3128154 | TELEPHONE NUMBER <br> 312-645-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |