UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHINA HICKS, | ) |
|       Plaintiff, | ) Case No. 07 C 6676 |
| v. | ) Judge Darrah |
| P.O. JAMES TYSZKO #70 and P.O. MIKOS #61, Individually, | ) Magistrate Judge Cox |
|       Defendants. | ) |

## CERTIFICATE OF SERVICE
## ANSWER TO COMPLAINT AT LAW

TO:   Ronak Patel, Esq., Gregory E. Kulis, Esq., Gregory E. Kulis & Associates, Ltd., 30 North LaSalle #2140, Chicago, IL 60602

    The undersigned, being first duly sworn on oath, deposes and states that a copy of the above-mentioned pleading(s) was/were served on the party(ies) as above-addressed through the Electronic Case Filing system, pursuant to Fed.R.Civ.P.5(a), on this 8th day of January, 2008.

                                          /s/ Gregory E. Rogus

Gregory E. Rogus (ARDC No. 3128154)
Anastasios T. Foukas (ARDC No. 6281404)
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 South Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 Fax