## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6676 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Ashina Hicks vs. Tyszko | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 11/17/08. Pretrial conference set for 3/12/09 at 1:30 p.m. Jury trial set for 3/16/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|