## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **ASHINA HICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 07 C 6676** |
| | ) | |
| **v.** | ) | **Judge Darrah** |
| | ) | |
| **P.O. JAMES TYSZKO #70 and** | ) | **Magistrate Judge Cox** |
| **P.O. MIKOS #61, individually** | ) | |
| | ) | **Jury Demand** |
| **Defendants.** | ) | |

### NOTICE OF MOTION

TO:     Gregory E. Rogus
        Anastasios T. Foukas
        Segal McCambridge Singer & Mahoney, Ltd.
        Sears Tower, Suite 5500
        233 South Wacker Drive
        Chicago, IL 60606

        PLEASE TAKE NOTICE that on this 30th day of May 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFF'S FIRST AMENDED COMPLAINT.**

                                        /s/ Ronak D. Patel
                                        Gregory E. Kulis & Associates, Ltd.

### CERTIFICATE OF SERVICE

        PLEASE TAKE NOTICE that on the 30th day of May, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

                                        /s/ Ronak D. Patel
                                        Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**