**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ASHINA HICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 07 C 6676** |
| | ) | |
| **v.** | ) | **Judge Darrah** |
| | ) | |
| **P.O. JAMES TYSZKO #70 and P.O.** | ) | **Magistrate Judge Cox** |
| **MIKOS #61, individually** | ) | |
| | ) | **Jury Demand** |
| **Defendants.** | ) | |

**PLAINTIFF'S ATTORNEYS' MOTION TO WITHDRAW**

NOW COME Plaintiff's attorneys, Ronak Patel, Gregory E. Kulis, Kathleen Coyne
Ropka, David Lipschultz, and Shehnaz Mansuri of Gregory E. Kulis & Associates, and move this
Honorable Court to grant their motion to withdraw their appearances on behalf of the Plaintiff,
ASHINA HICKS, and in support thereof, state as follows:

1.   The Plaintiff wishes to terminate the services of Gregory E. Kulis & Associates
     and has requested that Ronak Patel, Gregory E. Kulis, Kathleen Coyne Ropka,
     David Lipschultz, and Shehnaz Mansuri of Gregory E. Kulis & Associates
     withdraw as her attorneys in this matter.

2.   Ms. Hicks should be given 30 days to obtain new counsel.

3.   All further notices should be forwarded directly to the Plaintiff, Ashina Hicks, at
     the following address until further notice or until an appearance is filed by new
     counsel: 10155 S. State, Chicago, IL 60628.

WHEREFORE, Plaintiff's attorneys, Ronak Patel, Gregory E. Kulis, Kathleen Coyne
Ropka, David Lipschultz, and Shehnaz Mansuri of Gregory E. Kulis & Associates, pray that this

1

Honorable Court enter an order granting their motion to withdraw their appearances on behalf of

the Plaintiff in this matter, *instanter*.

Respectfully submitted,

/s/ Ronak Patel
GREGORY E. KULIS AND ASSOCIATES

**GREGORY E. KULIS & ASSOCIATES**
**30 N.  LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**