# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **ASHINA HICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 07 C 6676** |
| | ) | |
| **v.** | ) | **Judge Darrah** |
| | ) | |
| **P.O. JAMES TYSZKO #70 and** | ) | **Magistrate Judge Cox** |
| **P.O. MIKOS #61, individually** | ) | |
| | ) | **Jury Demand** |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:   Gregory E. Rogus
      Anastasios T. Foukas
      Segal McCambridge Singer & Mahoney, Ltd.
      Sears Tower, Suite 5500
      233 South Wacker Drive
      Chicago, IL 60606

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Darrah on the 28th day of August, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, and then and there present the **Plaintiff's Attorneys Motion to Withdraw**, a copy of which is attached hereto.

/s/ Ronak D. Patel_____
Gregory E. Kulis & Associates, Ltd.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 18th day of August, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

/s/ Ronak D. Patel_____
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**

S:\Federal Cases\Hicks v. Tyszko et al\Pleadings\Notice.of.Motion.doc