UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASHINA HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6676 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | |
| P.O. JAMES TYSZKO #70 and | ) | Magistrate Judge Cox |
| P.O. MIKOS #61, individually | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

### RE-NOTICE OF MOTION

TO:   Gregory E. Rogus
    Anastasios T. Foukas
    Segal McCambridge Singer & Mahoney, Ltd.
    Sears Tower, Suite 5500
    233 South Wacker Drive
    Chicago, IL 60606

    PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Darrah on the 3rd day of September, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, and then and there present the **Plaintiff's Attorneys Motion to Withdraw**, a copy of which is attached hereto.

                            /s/ Ronak D. Patel_____
                            Gregory E. Kulis & Associates, Ltd.

### CERTIFICATE OF SERVICE

    PLEASE TAKE NOTICE that on the 27th day of August, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.
                            /s/ Ronak D. Patel_____
                            Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**

S:\Federal Cases\Hicks v. Tyszko et al\Pleadings\Notice.of.Motion.doc